E-FILED
Monday, 23 September, 2013  03:03:55 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

FILED

SEP 23 2013

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JACK NEWSOME ,                    )
                                  )
              Plaintiff           )
                                  )
       vs.                        )          Case No. 23-1455
                                  )    (The case number will be assigned by the clerk)
SEE ATTACHED DOCU-               )
MENTS                            )
_____          )
_____          )
_____          )
_____          )
_____          )
_____ ,        )
                                  )
              Defendant(s)        )

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

■  42 U.S.C. §1983 (state, county or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐  Other federal law: _____

☐  Unknown _____

*\*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: JACK NEWSOME

Prison Identification Number: A 60142

Current address: STATEVILLE CORRECTIONAL CENTER, P.O. BOX 112, JOLIET, ILLINOIS 60434

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: SEE ATTACHED DOCUMENT/ COMPLAINT

Current Job Title:

Current Work Address

Defendant #2:

Full Name: SEE ATTACHED DOCUMENT/ COMPLAINT

Current Job Title:

Current Work Address

Defendant #3:

Full Name: SEE ATTACHED DOCUMENT/ COMPLAINT

2

Current Job Title: _____ 1 \ _____

Current Work Address _____ 1 \ _____

_____ 1 \ _____

Defendant #4:

Full Name: _SEE ATTACHED DOCUMENT/COMPLAINT_

Current Job Title: _____ 1 \ _____

Current Work Address _____ 1 \ _____

_____

Defendant #5:

Full Name: _SEE ATTACHED DOCUMENT/ COMPLAINT_

Current Job Title: _____ 1 \ _____

Current Work Address _____ 1 \ _____

_____ 1 \ _____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☑          No ☐  THIS ISSUE IS SUBJECT OF REQUEST TO AMEND MENTIONED IN LETTER TO CLERK OF 8/29/13 & I AM UNABLE TO PROPERLY ANSWER THIS QUESTION DUE TO 3 MY INABILITY TO ACCESS MY EXCESS LEGAL FILES.

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   SEE ATTACHED DOCUMENT / COMPLAINT

2. Basic claim made UNABLE TO ADEQUATELY ANSWER BASED ON INABILITY
TO ADEQUATELY ACCESS EXCESS LEGAL FILES

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) ANSWER SAME AS DESCRIBED IN B AND C.

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ■  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ■  No ☐

If your answer is no, explain why not  SEE ATTACHED DOCUMENT/COMPLAINT

C. Is the grievance process completed?  Yes ■  No ☐

   SEE ATTACHED DOCUMENT/ COMPLAINT

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____SEE ATTACHED DOCUMENT/COMPLAINT_____

Date(s) of the occurrence _____

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

_____SEE ATTACHED DOCUMENT/ COMPLAINT_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## RELIEF REQUESTED

(State what relief you want from the court.)

SEE ATTACHED DOCUMENT/COMPLAINT

JURY DEMAND        Yes ☒        No ☐

Signed this _8/29/13_ day of _____ , 20_____ .

_Jack Newsome_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| JACK NEWSOME | A-66142 |
| Address: | Telephone Number: |
| STATEVILLE CORRECTIONAL CENTER P.O. BOX 112 JOLIET, ILLINOIS 60434 | N/A |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JACK NEWSOME,

         PLAINTIFF,

      VS.                CASE NO.

SALVADOR GODINEZ, DIRECTOR      TO BE SUPPLIED BY CLERK
ILLINOIS DEPARTMENT OF CORREC-
TIONS (IDOC); MARVIN REED,
A/W PROGRAMS; ARTHUR FUNK,
MD; DENNIS LARSON, MD; ANDREW
TILDEN, MD; LIPING ZHANG, MD;
VADE, MD; JACKIE COTTON,
NURSE PRACTICTIONER; SCOTT
BAKER, NURSE PRACTITIONER;
TERRY ARROYO, HEALTH CARE
ADMINISTRATOR; STEVEN TALLER,
MD; JOHN G. BIRKEL, CORRECTION
MEDICAL TECHNICIAN (CMT); DICK
CATION, CMT; CHRISSY ECHLEMAN,
CMT; DOUGLAS BROWN, CMT; NURSE
TRACY; CHRISTINE BEASLEY, CMT;
OJELADE, MD; LT SUSAN
PRENTICE; OFFICER D. HALL;
OFFICER R. RAMSEY; OFFICER
RHONDA LEGNER; OFFICER
ROBERT LINDSAY; OFFICER
KEITH ROBINSON; OFFICER
MAYBACK; ST. JOSEPH HOS-
PITAL (BLOOMINGTON, ILLINOIS);
AND WEXFORD HEALTH SOURCES,

           DEFENDANTS.

## COMPLAINT WITH JURY DEMAND

THIS IS A CIVIL RIGHTS ACTION FILED BY JACK NEWSOME, A
STATE PRISONER, FOR DAMAGES AND INJUNCTIVE RELIEF UNDER
42 U.S.C. SECTION 1983, ALLEGING DELIBERATE INDIFFERENCE
TO HIS SERIOUS MEDICAL NEEDS IN VIOLATION OF THE EIGHTH
AMENDMENT TO THE UNITED STATES CONSTITUTION.

   1. THE COURT HAS JURISDICTION OVER THE PLAINTIFF'S
CLAIMS OF VIOLATION OF FEDERAL CONSTITUTIONAL RIGHTS
UNDER 42 U.S.C. SECTIONS 1331 AND 1343.

     2. THE COURT HAS SUPPLEMENTAL JURISDICTION

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the facility's Visitors' Center, on line at www.idoc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, IL 60434, Attention Audio Office (please include a stamped, self-addressed envelope).

OVER PLAINTIFF'S STATE LAW TORT CLAIMS UNDER 28 U.S.C. SECTION 1367.

## PARTIES

3. THE PLAINTIFF JACK NEWSOME WAS INCARCERATED AT PONTIAC CORRECTIONAL FACILITY ("PONTIAC") DURING THE EVENTS DESCRIBED IN THIS COMPLAINT.

4. DEFENDANT GODINEZ IS THE CURRENT DIRECTOR OF THE ILLINOIS DEPARTMENT OF CORRECTIONS AND IS BEING SUED IN HIS OFFICIAL CAPACITY.

5. DEFENDANTS ANDREW TILDEN, MD, STEVEN TALLER, MD, ARTHUR FUNK, MD, SYLVIA MAHONE, MD, DENNIS LARSON, MD, DR. OJELADE, MD, SURESH VADE, MD, LIPING ZHANG, MD, TERRY ARROYO, HEALTH CARE ADMINISTRATOR, JACKIE COTTON, NURSE PRACTITIONER, SCOTT BAKER, NURSE PRACTITIONER, AND NURSE TRACY ARE DEFENDANTS AND EMPLOYEES CONTRACTED OUT TO IDOC BY WEXFORD HEALTH SOURCES AND ARE SUED IN THEIR INDIVIDUAL CAPACITIES.

6. DEFENDANTS JOHN BIRKEL, DOUGLAS BROWN, RICHARD CATION, CHRISTINE BEASLEY, AND KRISSY ESCHLEMAN, WERE EMPLOYED BY IDOC AS CORRECTIONAL MEDICAL TECHNICIANS ("CMTS") AND ARE SUED IN THEIR INDIVIDUAL CAPACITIES.

7. DEFENDANTS SUSAN PRENTICE, DONALD HALL, ROBERT LINDSAY, KEITH ROBINSON, MAYBACK AND RAMSEY ARE CORRECTIONAL OFFICERS EMPLOYED AT PONTIAC AND ARE SUED IN THEIR INDIVIDUAL CAPACITIES.

8. DEFENDANT MARVIN REED WAS ASSISTANT WARDEN OF PROGRAMS AT PONTIAC DURING TIME IN QUESTION AND IS SUED IN HIS INDIVIDUAL CAPACITY.

9. DEFENDANT ST. JOSEPH HOSPITAL OF BLOOMINTON, ILLINOIS IS BEING SUED FOR ITS FAILURE TO ADEQUATELY TREAT PLAINTIFF AFTER HE SUFFERED FROM AN HEART ATTACK ON SEPTEMBER 23, 2012.

10. DEFENDANT WEXFORD HEALTH SOURCES IS AND AT ALL TIMES RELEVANT TO THIS LAWSUIT WAS CONTRACTED OUT BY IDOC AND THE STATE OF ILLINOIS TO PROVIDE HEALTH CARE PROFESSIONALS AND SERVICES TO CORRECTIONAL FACILITIES AND PRISONERS INCLUDING PONTIAC AND IS SUED IN BOTH ITS OFFICIAL AND INDIVIDUAL CAPACITY.

11. DEFENDANT DOES 1 THROUGHOUT ARE TO BE DETERMINED AS DISCOVERY PROCEEDS.

12. DEFENDANT ST. JOSEPH HOSPITAL AT BLOOMINGTON, ILLINOIS SIMILAR TO WEXFORD HEALTH SOURCES WAS CONTRACTED OUT BY IDOC TO TREAT PLAINTIFF FOR A HEART ATTACH/CONGESTIVE

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the facility's Visitors' Center, or line at www.idoc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, IL 60434. Attention Audio Mail Office (please include a stamped, self-addressed envelope).

HEART FAILURE ON SEPTEMBER 23, 2012 AND FAILED TO DO SO ADEQUATELY.

13. EACH DEFENDANT WITH THE EXCEPTION OF DEFENDANTS SALVADOR GODINEZ, WEXFORD HEALTH SOURCES, AND ST. JOSEPH HOSPITAL OF BLOOMING ILLINOIS, CURRENT WORK ADDRESS IS PONTIAC CORRECTIONAL CENTER, P.O. BOX 99, PONTIAC, ILLINOIS, 61764.

14. DEFENDANT GODINEZ, CURRENT WORK ADDRESS IS EITHER P.O. BOX 19277, SPRINGFIELD, ILLINOIS 62794/100 WEST RANDOLPH STREET, CHICAGO ILLINOIS 60601.

15. THE EXACT ADDRESSES OF WEXFORD HEALTH SOURCES AND ST. JOSEPH HOSPITAL AT BLOOMINGTON, ILLINOIS WILL HAVE TO BE OBTAINED IN DISCOVERY UNLESS OTHERWISE INFORMED.

STATEMENT OF CLAIM / FACTS AND ALLEGATIONS

FACTS

16. ON THE DATES OF JANUARY 28 2012, JANUARY 29, 2012, AND JANUARY 31, 2012 PLAINTIFF COMPLAINED TO DEFENDANTS KRISSY ESCHELMAN, DOUGLAS BROWN ABOUT CONTAMINATED VIAL OF INSULIN.

17. PLAINTIFF'S COMPLAINT TO THESE DEFENDANTS WAS BASED ON THEIR DELIVERING HIM AN UNSEALED VIAL ALONG WITH ANOTHER BOTH OF WHICH APPEARED TO HAVE BEEN PREVIOUSLY USED.

18. PLAINTIFF IMMEDIATELY POINTED THIS OUT TO DEFENDANT ESCHELMAN. SHE RESPONDED BY STATING THAT THE PREPERATION OR PLACING AND SUBSTITUTING OF SAID VIALS WAS DONE BY NURSE AND DID I WANT TO TAKE MY INSULIN. I TOLD HER I DID NOT AS I COULD NOT DETERMINE WHICH OF THESE UNSEALED VIALS WAS THE ONE I HAD BEEN USING DURING MONTH OF JANUARY.

19. ON JANUARY 29, 2012 I MADE THE SAME COMPLAINT TO DOUGLAS BROWN WITH THE SAME RESULT.

20. ON ORABOUT 2/1/2012 I WAS BEING TAKEN TO THE UNIVERSITY OF ILLINOIS MEDICAL CENTER AT CHICAGO ENROUTE I WAS ESCORTED TO THE HEALTH CARE UNIT ("HCU") OF PONTIAC BY A CORRECTIONAL OFFICER DAVID BROWNING TO TAKE MY AM INSULIN THIS ACT WAS BEING SUPERVISED BY A (NURSE TRACY) WHO WHEN I EXPLAINED THE PROBLEM I'D HAD WITH CMT'S ESCHELMAN AND BROWN ABOUT THE CONTAMINATED INSULIN VIALS - SHE RESPONDED TAKE IT OR REFUSE.

21. IN A CORRESPONDENCE DATED JANUARY 31, 2012 TO DEFENDANT MARVIN REED ("REED") PLAINTIFF APPRISED DEFENDANT REED OF THIS MATTER.

22. PLAINTIFF'S VIAL WAS CHANGED AND DELIVERED ON

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the Facility's Visitors' Center, on line at www.idoc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, IL 60434, Attention Audits Office (please include a stamped, self-addressed envelope).

FEBRUARY 1, 2013 BY DEFENDANT BROWN AND HE RESUMED TAKING HIS INSULIN.

23. FOR THREE (3) DAYS PLAINTIFF WENT WITHOUT HIS INSULIN PLACING HIM AT RISK OF DIABETIC COMA, INSULIN SHOCK ETC. EACH OF THE NAME DEFENDANTS IN THIS COUNT KNEW OF THE DANGERS AND REFUSED TO ACT AND AS SUCH WERE INDIFFERENT TO PLAINTIFF'S SERIOUS MEDICAL NEEDS AND THE ONGOING INADEQUATE MEDICAL TREATMENT HE RECEIVED WHILE INCARCERATED AT PONTIAC AS DEFINED IN THIS COMPLAINT.

### COUNT II

DEFENDANTS JOHN BIRKEL, OFFICERS R. LINDSAY, K. ROBINSON, MAYBACK AND DOES.

24. ON FEBRUARY 29, 2012 PLAINTIFF COMPLAINED TO DEFENDANTS MAYBACK AND ROBINSON ABOUT CHEST PAIN AND STOMACH CRAMPS, AND VOMITING OF BLOOD.

25. DEFENDANT MAYBACK TOLD PLAINTIFF HE WOULD CON-TACT MED-TECH PLAINTIFF ALSO EXPLAINED THAT HE WAS EXPERIENCING DIZZINESS AS WELL.

26. PLAINTIFF LAID DOWN DOZED OFF, ABOUT AN HOUR AND A HALF LATER AND RUSHED TO TOILET AND BEGAN VOMITING BLOOD.

27. PLAINTIFF CALLED OVER GALLERY TO INMATE MARTIN DE-VILLA, ASKING HIM TO YELL FOR DEFENDANT ROBINSON, I THEN HEARD DEFENDANT ROBINSON SAY HE COMPLAINED ABOUT THAT TWO (2) HOURS AGO.

28. IN THE INTERIM DEFENDANT MAYBACK REAPPEARED AT MY CELL, I SHOWED HIM THE BLOOD ON FLOOR, but AS IT WAS CLOSE TO SHIFT CHANGE NOTHING WAS DONE

29. AS COUNT WAS BEING CONDUCTED ON THE FOLLOWING SHIFT I IMMEDIATELY APPRISED DEFENDANT R. LINDSAY OF MY SITUATION HE LOOKED IN CELL TO VERIFY AND INDICATED THAT THERE WAS ANOTHER MATTER HE HAD TO ADDRESS, but AS SOON AS THEY WERE FINISHED HE WOULD CONTACT MED-TECH.

30. A SHORT WHILE LATER DEFENDANT LINDSAY RETURNED AND TOLD ME THAT HE HAD CONTACTED DEFENDANT BIRKEL WHO INSTRUCTED HIM TO TELL ME TO LIE DOWN AND CHECK ON ME IN AN HOUR OR SO AND IF ANYTHING CHANGED TO LET HIM KNOW.

31. IN AN HOUR OR SO DEFENDANT LINDSAY RETURNED TO MY CELL AND EXPLAINED THAT DEFENDANT BIRKEL, HAD TOLD HIM THERE WAS NOTHING HE COULD DO FOR HIM. AS A RESULT PLAINTIFF WAS FORCED TO LIE DOWN IN PAIN, UNTIL THE FOLLOWING SHIFT.

32. THE FOLLOWING MORNING AT 7 AM SHIFT CHANGE AND COUNT I TOLD GALLERY OFFICER PRICE AS OTHER INMATES APPRISED

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the facility's Visitors' Center, on line at www.idoc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, IL. 60434. Attention Audio Office (please include a stamped, self-addressed envelope).

AN OFFICER TRAINOR THAT I NEEDED TO SEE A MED-TECH AND A FEW MINUTES LATER DEFENDANT BROWN WAS AT MY CELL, WHERE I WAS ESCORTED TO HCU.

33. UPON ENTERING URGENT CARE I WAS EXAMINED BY DEFENDANT ANDREW TILDEN AND IMMEDIATELY TRANSPORTED TO THE ST. JAMES HOSPITAL BY OFFICERS D. BROWNING AND HOTMAN.

34. AT EMERGENCY ROOM OF ST. JAMES HOSPITAL IN PONTIAC I SAW OR WAS EXAMINED BY A DR. LEWIS, WHO OPINED THAT I WAS LUCKY BECAUSE THE GASTROLOGIST I NEEDED TO SEE A DR. PORTER WAS AVAILABLE AND I WOULD SEE HIM SHORTLY. I WAS THEN ROLLED TO ANOTHER SECTION OF HOSPITAL WHERE I WAS MET BY DR. PORTER, WHO TOLD ME THEY WERE GOING TO DO SOME TEST, I BELIEVE THEY WERE UPPER G.I.

35. AFTER THESE TEST WERE COMPLETED I WAS ONCE AGAIN WHEELED TO ANOTHER ROOM IN HOSPITAL WHERE I WAS EXAMINED AGAIN BY A FEMALE DOCTOR WHOSE NAME I DO NOT RECALL AND SHE TOLD ME THE TEST REVEALED THAT I HAD "CORROSIVE ESOPHAGITIS" AND THIS ATTACK TRANSLATED INTO A BLEEDING ULCER, LEADING TO THE LOSING OF BLOOD REQUIRING A TRANFUSION.

36. MORE IMPORTANTLY, SHE WENT ON TO EXPLAIN THAT I WOULD BE TRANSPORTED TO THE UNIVERSITY OF ILLINOIS MEDICAL CENTER ("UIC") AS A RESULT OF BLOOD LOST, TO DETERMINE WHETHER I WOULD NEED EMER-GENCY DIACYSIS BECAUSE THEY DID NOT HAVE A NEPHROLOGIST ON STAFF.

37. I WAS TRANSPORTED BY DUFFY AMBULANCE SERVICE LATER, THAT EVENING TO UIC. UPON ARRIVAL AT UIC I WAS SEEN BY SEVERAL DOCTORS THE ONLY ONES NAME I RECALL WAS A YOUNG FEMALE NAMED DR. BURKE, WHO EXPLAINED TO ME THAT MY STAY WAS PRIMARILY FOR OB-SERVATION TO ENSURE THAT NO FURTHER DAMAGE HAD BEEN DONE TO MY KIDNEYS, THAT MIGHT REQUIRE IMMEDIATE DIALYSIS.

38. DEFENDANT BIRKEL, HAS BEEN DIRECTLY FAMILIAR WITH PLAINTIFF'S SERIOUS MEDICAL PROBLEMS THROUGHOUT HIS STAY AND RETURN TO PONTIAC FROM 12/9/99 TO FILING OF THIS COMPLAINT, AS SUCH HE WAS AWARE OF THE IMMEDIATE THREAT TO PLAINTIFF'S HEALTH AND SAFETY POSED BY DEFENDANT LINDSAY CONTACTING HIM ON 2/29/12 3/1/12 ABOUT BLEEDING FROM PLAIN-TIFF. MOREOVER, DEFENDANT BIRKEL OWED A DUTY TO PLAIN-TIFF INDEPENDENT OF HIS STATE EMPLOYMENT AND SHOULD NOT BE INDEMNIFIED THROUGH LEGAL REPRESENTATION BY STATE.

39. DEFENDANTS LINDSAY, ROBINSON AND MAYBACK OWED DUTY TO PLAINTIFF AS CORRECTIONAL OFFICER'S TO ENSURE THAT PLAINTIFF'S EMERGENCY MEDICAL NEEDS WERE CONVEYED TO PONTIAC MEDICAL STAFF AND THEIR FAILURE TO DO SO RESULTED IN DELAY THAT RESULTED IN THE UNNECESSARY INFLICTION OF PAIN THEREBY MAKING THEM LIABLE.

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of the rules from the facility's Visitors' Center, on line at www.doc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, 60434, Attention Audio Office (please includes a stamped, self-addressed envelope).

40. DEFENDANT'S FUNK, MAHONEY, LARSON, TALLER, WADE, ZHANG, BAKER AND SCOTT WERE RESPONSIBLE FROM 2005 THROUGH 2010 FOR MONITORING AND/OR EXAMINING PLAINTIFF AT QUARTERLY CHRONIC CLINICS FOR DIABETES, HYPERTENSION. NONE OF WHICH EITHER DEFENDANT MENTIONED THE DETERIORATION OF HIS KIDNEYS. PLAINTIFF WAS TOLD HE HAD ONLY 25% OF HIS KIDNEY FUNCTION REMAINING THE FIRST TIME DURING CHRONIC CLINIC CONDUCTED BY DEFENDANT TALLER IN MARCH 2010.

41. DURING A MONITORING OF PLAINTIFF'S KIDNEY DISEASE BY A DR. ANNA PORTER, AT THE UNIVERSITY OF ILLINOIS MEDICAL CENTER AT CHICAGO ("UIC") IN SEPTEMBER 2011, PLAINTIFF WAS TOLD THAT THE DETERIORATION OF HIS KIDNEYS BEGAN AS FAR BACK AS 2005 AND SHE WAS SOMEWHAT AMAZED NO ONE HAD MENTIONED THIS TO ME.

42. DEFENDANTS TILDEN AND OJELADE PRESCRIBED MEDICATIONS THAT EXACERBATED PLAINTIFF'S KIDNEY DISEASE.

43. AT A SICKCALL DURING MONTH OF OCTOBER 2011, DEFENDANT TILDEN PRESCRIBED THE MEDICATIONS INDOCIN AND NAPROXEN, BOTH OF WHICH ELEVATED HIS BLOOD SUGAR LEVELS FOR DIABETES AND EXACERBATED HIS KIDNEY DISEASE.

44. DEFENDANT TILDEN FROM SEPTEMBER THROUGH OCTOBER 2012 ADMITTED PLAINTIFF TO HEALTH CARE UNIT OF PONTIAC FOR SHORTNESS OF BREATH THAT HE DESCRIBED AS RELATED TO HIS NOT RECEIVING DIALYSIS FOR HIS KIDNEY DISEASE. THIS INADEQUATE TREATMENT WAS CONTRADICTED WHEN PLAINTIFF WAS ESCORTED TO UIC FOR REPAIR/SURGERY OF AN AV FISTULA IN MONTH OF OCTOBER 2012 AND ENDED UP HAVING HEART SURGERY THAT REQUIRED PUTTING A PACEMAKER/DEFIBRILATOR IN HIS CHEST.

45. DURING A CHRONIC CLINIC IN NORTH-CELL HOUSE OF PONTIAC PRISON IN JANUARY 2012, DEFENDANT OJELADE PRESCRIBED NAPROXEN AFTER IT WAS CLEAR THAT PLAINTIFF'S KIDNEY DISEASE WOULD BE EXACERBATED BY HIS DOING SO.

46. THE ISSUES RAISED IN THIS COUNT REFLECT THE ONGOING INADE-QUATE MEDICAL TREATMENT BY THESE DEFENDANTS CONSTITUTING DELIBERATE INDIFFERENCE TO HIS SERIOUS MEDICAL NEEDS.

COUNT III

47. WITHIN THE TIME FRAMES DESCRIBED IN THIS COMPLAINT WEXFORD HEALTH SOURCES AND THE ILLINOIS DEPARTMENT OF CORRECTIONS ELIMINATED THE QUARTERLY DIETICIAN CLINICS. CONSEQUENTLY THE PRESCRIBED MEDICAL DIET FOR PLAINTIFF'S CHRONIC MEDICAL CONDITIONS WAS SUBSTITUTED WITH A SOYBEAN BASED DIET. THE EXERTION APPLIED WITH HIS CONTINUING TO RECEIVE A P.M. SNACK.

48. THE DISCONTINUANCE OF THESE MEDICAL DIETS PLAINTIFF

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the facility's Visitors' Center, on line at www.doc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, IL 60434, Attention Audio Office (please include a stamped, self-addressed envelope).

BELIEVES IN PART MAY HAVE CONTRIBUTED TO THE EXACERBATION AND EXTENSION OF HIS SERIOUS MEDICAL CONDITION AND THE ONGOING INADEQUATE MEDICAL TREATMENT DESCRIBED IN THIS COMPLAINT.

## COUNT IV

49. DEFENDANTS LIEUTENANT SUSAN PRENTICE AND CORRECTIONAL OFFICER DONALD HALL, WERE INDIFFERENT TO PLAINTIFF'S SERIOUS MEDICAL NEEDS ON _____ 2011 AFTER PLAINTIFF TOLD THEM ABOUT "SOILED" MATTRESS IMPLYING THAT IF IT WAS SOILED HE WAS RESPONSIBLE FOR IT BEING SO.

50. DURING A MEDICAL EXAMINATION IN EAST CELLHOUSE ("ECH") OF PONTIAC ON _____ 2011, DEFENDANT PRENTICE INTERFERRED WITH PLAINTIFF'S TREATMENT FOR INCONTINENCE BY TELLING DEFENDANT TILDEN, THAT MY NEED FOR A MATTRESS WITH A VYNYI COVERING WAS A SECURITY CONCERN AND NOT MEDICAL.

51. AS A DIRECT RESULT OF THE CONDUCT DESCRIBED IN ALLEGATION 50 DEFENDANTS HALL AND PRENTICE FORCED PLAINTIFF TO CONTINUE TO SLEEP ON THE FECES-SOILED MATTRESS FOR THE DURATION OF HIS STAY IN ECH COMPELLING HIM ON 1/8/11 2011 TO TAKE MATTRESS WITH HIM AS HE WAS TRANSFERRED FROM ECH TO NORTH CELLHOUSE OF PONTIAC.

## COUNT V

52. ON OR ABOUT JANUARY _____ 2013 PLAINTIFF SAW DEFENDANT OJELADE AT A CHRONIC CLINIC AND HE PRESCRIBED NAPROXYN A MEDICATION KNOWN TO AGGRAVATE KIDNEY DISEASE AND DESCRIBED AS CONTRARY TO HIS CONDITION BY A DR. ANNA PORTER.

53. DEFENDANT OJELADE PRESCRIBED THIS MEDICATION IN SPITE OF ITS BEING CONTRAINDICATED IN HIS MEDICAL HISTORY.

## CLAIM FOR RELIEF

### A. DELIBERATE INDIFFERENCE TO MEDICAL NEEDS.

54. DEFENDANTS DICIS, CATION AND KRISSY ESCHLEMAN ON DATES _____ REPEATEDLY MISINFORMED PLAINTIFF ABOUT THE REISSUING OF MEDICATIONS THEY DID SO WITH KNOWLEDGE AND FORESIGHT THEREBY PROLONGING THE PHYSICAL AND EMOTIONAL DISTRESS ASSOCIATED WITH INJURIES SUSTAINED.

WHEREFORE, PLAINTIFF REQUESTS THAT THIS COURT GRANT THE FOLLOWING RELIEF.

55. INDIFFERENCE TO HIS MEDICAL NEEDS AS EXHIBITED BY DEFENDANTS TELLING HIM HIS MEDICAL PROBLEMS WERE CAUSED BY UNRELATED DIAGNOSIS AS KIDNEY FAILURE WHEN IT WAS CONGESTED HEART FAILURE.

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the facility's Visitors' Center, on line at www.idoc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, IL. 60434, Attention Audit Office (please include a stamped, self-addressed envelope).

56. DEFENDANTS PRESCRIBING MEDICATIONS THAT EXACERBATED HIS SERIOUS MEDICAL PROBLEMS.

57. DECLARATION THAT THESE ACTIONS WERE ONGOING AND CONTINUING AS IN TOTAL CONSTITUTING DELIBERATE INDIFFERENCE TO HIS SERIOUS MEDICAL NEEDS;

58. DECLARE THAT DEFENDANTS VIOLATED PLAINTIFF'S EIGHTH AMENDMENTS RIGHTS BY THEIR ONGOING FAILURE TO ADEQUATELY TREAT HIS SERIOUS MEDICAL NEEDS.

59. DECLARE THAT DEFENDANT PRISON MEDICAL PROVIDER WEXFORD HEALTH SOURCES VIOLATED PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO MEDICAL CARE.

60. DECLARE THAT ST. JOSEPH OF BLOOMINGTON, ILLINOIS AS MEDICAL PROVIDER FAILED TO ADEQUATELY TREAT PLAINTIFF AND VIOLATED PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO MEDICAL CARE.

61. AWARD COMPENSATORY DAMAGES FOR PLAINTIFF'S PHYSICAL AND EMOTIONAL INJURIES AND PUNITIVE DAMAGES AGAINST EACH DEFENDANT; AND

62. GRANT PLAINTIFF SUCH OTHER RELIEF AS IT MAY APPEAR PLAINTIFF IS ENTITLED TO.

SIGNATURE : Jack Newsome
DATE : 8/29/13

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the facility's Visitors' Center, on line at www.idoc.state.il.us or by writing Statesville Correctional Center, P.O. Box 112, Joliet, IL 60434, Attention Audit Office (please include a stamped, self-addressed envelope).

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER WRITE-OUT**
*Stateville Correctional Center*

*To the reader:* This letter has been inspected for security purposes. This inspection is not verification of the offender's statements contained herein.

When sending funds to an offender by mail, you may only send money orders and/or cashier's checks; each must be in the denomination of $50 or less. You may also send funds via Western Union (there is no limit to the $ amount that you may send in this manner).

You may send or bring approved publications to the facility. Such items will be reviewed by the Publications Review Committee prior to being forwarded to the offender.

The mailing address for offenders at the main facility is: P.O. Box 112, Joliet, IL 60434. The address for those at the facility's Minimum Security Unit is: 20415 Division Street, Crest Hill, IL 60403.

*Please* include the offender's name and *complete number* on all correspondence, funds and publications that are mailed to the facility.

To CLERK U.S. DIST. CT. CENTRAL DISTRICT    From JACK NEWSOME

100 N.E. MONROE ST. ROOM 309    A-60142
Street                                                                    Number

PEORIA    IL    61602    AUGUST 29, 2013
City    State    Zip Code

DEAR CLERK:

ENCLOSED PLEASE FIND THE ORIGINAL AND THREE (3) COPIES OF THE FOLLOWING DOCUMENTS TO BE FILED AND APPROPRIATELY PROCESSED BY THIS HONORABLE COURT: COMPLAINT BY STATE PRISONER PURSUANT TO 42 U.S.C. 1983 TO BE SHORT TITLED NEWSOME V. GODINEZ, ET AL; MOTION FOR APPOINTMENT OF COUNSEL; UNVERIFIED APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS - 7/22/13; LETTERS, 7/22/13 AND 8/21/13 TO STATEVILLE BUSINESS/TRUST OFFICE INMATE TRANSACTION STATEMENT, 5/27/13 TO 7/26/13; LETTERS TO MICHAEL LEMKE, 4/5/13, PERSONAL PROPERTY OFFICE, 3/9/13, COUNSELOR A. HALL, 7/8/13, MAJOR MCGARVEY, 7/14/13 AND 8/8/13; LETTER TO JOHN HOWARD ASSOCIATION OF ILLINOIS, 7/22/13; AND MEMO FROM A. HALL, 6/21/13 AND GRIEVANCES 7/7/13 AND 3/19/13 (PENDING) THE APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS - (UNVERIFIED) ALONG WITH LETTERS TO BUSINESS/TRUST OFFICE ARE BEING SENT TO REFLECT MY EFFORTS TO OBTAIN AUDIT OF MY ACCOUNT FOR PAST SIX (6) MONTHS, WITH NO RESULT. IT IS OR THEY ARE ALSO SENT BECAUSE THE ORIGIN OF SOME PARTS OF COMPLAINT IS REACHING STATUTORY FILING DEADLINE HAVING ORIGINATED DURING THE MONTH OF SEPTEMBER 2011 - SEE COMPLAINT AT ALLEGATION 41.

MOREOVER, THE REMAINING CORRESPONDENCES TO MICHAEL LEMKE, MAJOR MCGARVEY, A. HALL, JOHN HOWARD ASSOCIATION OF ILLINOIS AND GRIEVANCES, ARE ENCLOSED TO SUPPORT BOTH MOTION FOR APPOINTMENT OF COUNSEL AND MY INABILITY TO ACCESS MY LEGAL FILES THAT I SEEK LEAVE TO AMEND COMPLAINT AT LATER DATE, TO CORRECT DEFICIENCIES WITH RESPECT TO ALLEGATIONS AT OR DIRECTED TO NURSE TRACY, CMT'S DICK, CATION, KRISSY ESCHLEMAN, LT. SUSAN PRENTICE AND

STA 0050 (Rev. 12/03)

**DATE:** AUGUST 30, 2013
**TO:** LAW LIBRARY
STATEVILLE/PRISON
**FROM:** JACK NEWSOME, #A 60192
**SUB:** REQUEST FOR COPIES

PLEASE DO FOUR (4) COPIES OF THE FOLLOWING AND REDUCE TO 8½ X 11 WHERE APPROPRIATE: COMPLAINT NEWSOME V. GODINEZ, ET AL, EIGHT (8) PGS.; LETTERS TO CLERK U.S. DIST. CT. CENTRAL DIST. 8/29/13; MICHAEL LEMKE, WARDEN, 4/5/13; MAJOR McGARVEY, 8/8/13 AND 7/14/13; JOHN HOWARD ASSOCIATION OF ILLINOIS, 7/22/13; PERSONAL PROPERTY OFFICE, 3/9/13; A. HALL COUNSELOR 7/8/13; MEMO FROM A. HALL, COUNSELOR, 6/21/13; GRIEVANCES, 3/19/13 AND 7/7/13; BUSINESS/TRUST OFFICE, 8/21/13 AND 7/22/13; APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS, 7/22/13; INMATE TRANSACTION STATEMENT 5/27/13 TO 7/26/13; AND MOTION FOR APPOINTMENT OF COUNSEL AND MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL.
THANK YOU
Jack Newsome

CC: CLERK U.S. DIST. CT. CENTRAL DIST.

DATE: APRIL 5, 2013

TO: MICHAEL LEMKE, WARDEN
STATEVILLE/PRISON

FROM: JACK NEWSOME, #A-60142/F151

SUBJECT: SINGLE CELL STATUS; SEGREGATION REDUCTION; AND PAYMENT OF DEBT TO IDOC.

MY MOST RECENT CORRESPONDENCE TO YOU OF MARCH 26, 2013 INCLUDED A LETTER TO ME FROM MY NIECE A MS RENEE KELLEY, EXPLAINING HER DESIRE TO PAY MY DEBT TO IDOC. YOU HAVE NOT RESPONDED.

ENCLOSED IS A COPY IS THE FORM FOR A DENIAL OF REDUCTION OF SEGREGATION TIME WITH YOUR CONCURRING SIGNATURE OF 3/27/18. MY LAST DISCIPLINARY REPORT AT PONTIAC WAS ON OR ABOUT SEPTEMBER 23, 2012 FOR UNAUTHORIZED PROPERTY - SOME INK PENS WERE FOUND IN MY CELL, WHILE I WAS IN ST. JOSEPH, HOSPITAL, AT BLOOMINGTON THE RESULT OF A HEART ATTACK I HAD JUST HAD.

I'M WRITING YOU PERSONALLY, CONCERNING THIS MATTER BECAUSE YOU WERE ASSISTANT WARDEN OF OPERATIONS AT PONTIAC AS RECENT AS SEPTEMBER 2012 AND KNOW THAT SEGREGATION REDUCTIONS AFTER SIX (6) MONTHS WITHOUT A DISCIPLINARY REPORT WERE VERY COMMON AND BUT FOR MY TRANSFER HERE TO STATEVILLE THE RESULT OF MY NUMEROUS MEDICAL PROBLEMS- IN PARTICULAR MY NEED FOR DIALYSIS-TREATMENT AS A KIDNEY DISEASE PATIENT I WOULD STILL BE AT PONTIAC IN SINGLE CELL STATUS.

I HAVE BEEN IN SEGREGATION FOR THIRTEEN (13) YEARS ORDINARILY I WOULD BE IN PONTIAC, WHERE LONG-TERM SEGREGATION IS THE STAN-DARD. SINCE THIS STATUS CHANGED THE RESULT OF MY SERIOUS MEDICAL ISSUES. YOUR DOUBLE-CELLING ME AS I DESCRIBED IN MY CORRESPONDENCE TO YOU OF MARCH 16, 2013 REFLECTS AN EXACERBATION OF THESE PROBLEMS. YOU HAVE INMATES IN SINGLE CELL STATUS AS DIFFICULT AS IT IS WITH THE OVERCROWDING BUT ITS BEING DONE. MOREOVER, DENYING SEGREGATION RELEASE TO ME UNDER THESE CIRCUMSTANCES IS LUDICROUS.

YOUR PROMPT RESPONSE ADDRESSING THESE CONCERNS IN THE FOLLOWING MANNER IS EXPECTED:   (OVER)

DATE: MARCH 9, 2013
TO: PERSONAL PROPERTY OFFICE
STATEVILLE /PRISON
FROM: JACK NEWSOME, # A 60142 (F) 51
SUBJECT: PERSONAL PROPERTY INVENTORY

ON 3/8/13 I RECEIVED THE ITEMS AS DESCRIBED IN ATTACHED
STATEVILLE PROPERTY SHEET - DCA 190 - 42.182. THOUGH SOMEONE
SIGNED MY NAME FOR ME, I STILL RECEIVED THE ITEMS THEREIN
MENTIONED.

MY REASON FOR WRITING YOUR OFFICE NOW IS IN ACCORDANCE WITH
DEPARTMENT RULE 535.90 (C) AND 535.100 (B)(2) A COPY OF
THE INVENTORY FORM WITH SIGNATURES OF CORRECTIONAL
STAFF CONDUCTING INVENTORY SHOULD BE SENT TO PRISONER. THE
NAME OF THE OFFICER ISSUING PROPERTY TO ME ON 3/8/13
HERE AT STATEVILLE WAS LISTED - BUT THIS REQUEST IS TO
RECEIVE A TOTAL COPY OF THE ITEMS SENT FROM PONTIAC. THIS
INVENTORY IS IMPORTANT BECAUSE I NEED TO KNOW EXACTLY
WHAT WAS SENT, ESPECIALLY, SINCE I HAD A SUBSTANTIAL
AMOUNT OF PRESTAMPED ENVELOPES AND YOUR OFFICE ONLY SENT
ME TEN (10) ON 3/8/13, AND OTHER ITEMS CLOTHING ETC.
MOREOVER, THE RULES ENTITLE ME TO A COPY OF INVENTORY
SHEET. IT SHOULD BE NOTED THAT I WAS NOT ALLOWED TO
PERSONALLY PACK MY PERSONAL PROPERTY PRIOR TO MY TRANSFER
FROM PONTIAC ON OR ABOUT 2/17/13 OR 2/18/13. I WAS TAKEN TO
(UIC) PER AN EMERGENCY MEDICAL WRIT AND BEGAN DIALYSIS-
TREATMENT.

YOUR PROMPT AND MOST CURTEOUS RESPONSE ADDRESSING THESE
CONCERNS IS EXPECTED.

SINCERELY

Jack Newsome

CC: MICHAEL LEMKE, WARDEN; JOHN HOWARD ASSOCIATION OF
ILLINOIS.

P.S. I NEED TO ESPECIALLY KNOW IF MY LAWBOOKS; LEGAL
SUPPLIES I.E. MANILA ENVELOPES; TYPING PAPER IS AVAILABLE. AS I AM
TOTALLY INDIGENT - I AM ESPECIALLY IN NEED OF THESE MATERIALS.

(VER)

NOTE: THOUGH I CAN APPRECIATE THE ORIENTATION RULE GOVERNING PROPERTY – I AM YET TO BE ORIENTATED, I WAS BROUGHT HERE ON 2/22/13 FROM UIC, PLACED IN HOU AND SEEN BY NURSE IN URGENT CARE. I DO NOT SEE WHY THIS NON-PROCESS, SHOULD BE APPLIED TO ME SINCE I WAS TRANSFERRED HERE PURELY FOR MEDICAL REASONS AND NOT DISCIPLINARY NOR ADMINISTRATIVE. AS SUCH I AM OF THE BELIEF THAT ALL OF THE PERSONAL PROPERTY I HAD SHOULD BE RETURNED TO ME. IN DOING SO YOUR OFFICE IS ASKED TO ALLOW ME TO COME TO PERSONAL PROPERTY OFFICE AND PICK THE ITEMS WITHIN SEGREGATION GUIDELINES AND LEAVE THE REMAINDER FOR STORAGE.

DATE: JULY 8, 2013

TO: A. HALL, COUNSELOR
CLINICAL SERVICES-STATEVILLE/PRISON
FROM: JACK NEWSOME, #A 60142/E124
SUB: PERSONAL PROPERTY INVENTORY SHEET AND REORGANIZING
EXCESS LEGAL FILES.

ATTACHED IS A COPY OF THE MEMO YOU SENT
ME ON 6/21/13 REGARDING ABOVE TITLED MATTERS.
ON 6/23/13 I WAS ALLOWED BY SGT DURANT/DURRETT,
TO ACCESS FIFTEEN (15) OF MY EIGHTEEN (18) EXCESS
LEGAL BOXES FOR PURPOSES OF REORGANIZING MY
EXCESS LEGAL FILES. I AM ALSO ENCLOSING A COPY
OF GRIEVANCE OF 3/19/13 THAT IS PENDING IN THE
GRIEVANCE OFFICE HERE AT STATEVILLE. IT PRETTY
MUCH DESCRIBES THE CIRCUMSTANCES PROMPTING
THIS ONGOING PROBLEM.
I SEND THIS INFORMATION TO YOU BECAUSE WITH
THE EXCEPTION OF SGT PALMER YOU'VE BEEN THE
ONLY PERSON WHO TRIED TO EFFECTIVELY ADDRESS
THESE MATTERS.
THERE HAS BEEN NO RESPONSE FROM PROPERTY WITH
RESPECT TO THE INVENTORY SHEET.
YOUR PROMPT RESPONSE IS HOPED FOR.
THANK YOU
Jack Newsome

NOTE: I HAD TWO(2) LEGAL REVIEWS IN PAST MONTH
6/23/13 AND 7/7/13. 6/23 REVIEW ALLOWED ME TO ACCESS
15 OF MY 18 EXCESS LEGAL BOXES- BUT I GOT SICK AND
HAD TO STOP LEGAL REVIEW. 7/7/13 ONLY ALLOWED ME
THREE(3) OF MY BOXES - THIS REVIEW WAS SHORTENED WITH
MY HAVING BEEN SCHEDULED TO SEE DR. KARDAN. I SENT
LT MAKOWSKI, A NOTE TODAY ASKING THAT I BE ALLOWED
TO HAVE 6 OF MY BOXES AT A TIME UNTIL I HAVE RE OR-
GANIZED MY FILES. I DO NOT HAVE A CELL MATE SO THE
ONLY PERSON INCONVENIENCED WOULD BE ME. EACH OF
THESE LEGAL REVIEWS WERE PER SGT DURETT/DURANT.
7/9/13.

When visiting or corresponding with an offender, you are required to adhere to all departmental and facility rules. You may obtain a copy of these rules from the facility's Visitors' Center, on line at www.idoc.state.il.us or by writing Stateville Correctional Center, P.O. Box 112, Joliet, IL 60434, Attention Audits Office (please include a stamped, self-addressed envelope).

DATE: JULY 14, 2013
TO: MAJOR MCGARVEY
FROM: JACK NEWSOME, #A60142/E124
SUB: PERSONAL PROPERTY - EXCESS LEGAL FILES

ATTACHED PLEASE FIND: LETTER TO A. HALL, COUNSELOR,
7/8/13; GRIEVANCES, 7/7/13 AND 3/19/13; AND LETTER
TO PERSONAL PROPERTY.
EACH OF THESE DOCUMENTS REFLECT MY ONGOING
EFFORTS TO BE ISSUED A COPY OF MY INVENTORY RECORD
OF MY PERSONAL PROPERTY IN ACCORDANCE WITH
DEPARTMENT RULE 535.90 (c).
ADDITIONALLY, I HAVE BEEN TRYING TO GET STATE IN E-HOUSE
TO ALLOW ME SIX (6) OF MY EIGHTEEN (18) EXCESS LEGAL
BOXES AT A TIME UNTIL I HAVE REORGANIZED THEM.
I MAKE THIS REQUEST AS EXPLAINED IN LETTER TO A. HALL,
7/8/13 - EXPLAINING HOW I WAS TRANSFERRED DOWN HERE
FROM PONTIAC-SEGREGATION IN FEBRUARY-2013 THE RESULT
OF AN EMERGENCY MEDICAL WRIT TO BEGIN DIALYSIS
AND NOT ALLOWED TO PACK MY PERSONAL PROPERTY
RESULTING IN PONTIAC STAFF HAVE HAPHAZARDLY PACKED
THE TWENTY-FOUR (24) EXCESS BOXES I HAD PRIOR TO
TRANSFER IN EIGHTEEN (18) CARDBOARD BOXES. (SEE
ATTACHED DOCUMENTS)
IT IS MY REQUEST THAT RELIEF SOUGHT IN DOCUMENTS BE
HONORED.
THANK YOU,
Jack Newsome

CC: MICHAEL LEMKE, WARDEN; JOHN HOWARD ASSOCIATION OF
ILLINOIS.

DATE: AUGUST 8, 2013

TO: MAJOR McGARVEY
STATEVILLE / PRISON

FROM: JACK NEWSOME, #A60712/F124

SUB: REORGANIZATION OF EXCESS LEGAL FILES; ACCESS TO PERSONAL PROPERTY BOX; AND COPY OF INVENTORY RECORD

ENCLOSED PLEASE FIND THE FOLLOWING: LETTER TO GRIEVANCE OFFICE, 7/23/13 PERSONAL PROPERTY; LETTER TO YOURS TRULY 7/14/13; LETTER TO A. HALL, 7/8/13; MEMO FROM A. HALL, 6/21/13; GRIEVANCE 3/19/13; LETTER TO PERSONAL PROPERTY, 3/8/13. EACH OF THE ABOVEMENTIONED DOCUMENTS REFLECT MY ON GOING EFFORTS OF WHICH I SPOKE WITH YOU ONCE AGAIN IN HCU ON 8/7/13.

I NEED TO REORGANIZE MY LEGAL FILES AND THE SOLUTION I SPOKE WITH YOU ABOUT AS OUTLINED IN LETTER TO YOU OF 7/14/13 AND A. HALL OF 7/8/13 IS THE BEST REMEDY.

THANK YOU.

Jack Newsom

CC'S: M. LEMKE, WARDEN; JOHN HOWARD ASSOCIATION OF ILLINOIS.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER WRITE-OUT**
*Stateville Correctional Center*

*To the reader*: This letter has been inspected for security purposes. This inspection is not verification of the offender's statements contained herein.

When sending funds to an offender by mail, you may only send money orders and/or cashier's checks; each must be in the denomination of $50 or less. You may also send funds via Western Union (there is no limit to the $ amount that you may send in this manner).

You may send or bring approved publications to the facility. Such items will be reviewed by the Publications Review Committee prior to being forwarded to the offender.

The mailing address for offenders at the main facility is: P.O. Box 112, Joliet, IL 60434. The address for those at the facility's Minimum Security Unit is: 20415 Division Street, Crest Hill, IL 60435.

*Please include the offender's name and complete number on all correspondence, funds and publications that are mailed to the facility*

To JOHN HOWARD ASSOCIATION OF ILLINOIS          From JACK NEWSOME

375 EAST CHICAGO AVENUE, SUITE 529              A - 60142
Street                                          Number

CHICAGO        IL        60611                  JULY 22, 2013
City           State     Zip Code

DEAR JOHN HOWARD:

ENCLOSED PLEASE FIND GRIEVANCES 7/22/13, 7/7/13, AND 3/19/13
NATURE OF GRIEVANCES PERSONAL PROPERTY/EXCESS LEGAL FILES; AND
LETTERS TO A MAJOR MCGARVEY, 7/14/13, R. HALL, COUNSELOR, 7/8/13 AND
LETTER TO PERSONAL PROPERTY, 3/9/13.
THESE DOCUMENTS REFLECT MY REPEATED EFFORTS SINCE MY RETURN
TO STATEVILLE AS OF FEBRUARY 2013 TO BEGIN TREATMENT/DIALYSIS
FOR KIDNEY FAILURE WITH RESPECT TO ACCESSING AND REORGANIZING
MY EXCESS LEGAL FILES AND MY REQUEST FOR A COPY OF THE
INVENTORY RECORD PREPARED BY PONTIAC STAFF WHEN PACKING MY
PERSONAL PROPERTY OUTSIDE MY PRESENCE. THE AFOREMENTIONED
DOCUMENTS DETAIL MY ISSUES.
I WOULD ALSO LIKE TO POINT OUT THAT MY FILES REFLECT CORRE-
SPONDENCES TO YOUR OFFICES OF 5/25/13, 4/5/13 AND 3/19/13
YOU HAVE NOT RESPONDED TO AND SINCE THROUGHOUT MY STAY AT
PONTIAC FROM 12/9/99 TIL MY RETURN HERE TO STATEVILLE IN
FEBRUARY 2013 YOUR RESPONSES WERE GENERALLY PROMPT AND
CONSISTENT AND I CANNOT HELP BUT WONDER IF YOU'VE
RECEIVED THESE CORRESPONDENCES AS EVER PROCEDURE AT THIS
PRESENT VERSION OF STATEVILLE REEKS OF INDIFFERENCE AND
INCOMPETENCE, THAT COULD VERY EASILY REFLECT THEFT, LOSS,
OR MISPLACEMENT OF MAIL SENT OUT TO YOU.
7/24/13: IT HAD BEEN MY INTENTION TO SEND THIS CORRESPONDENCE

- OVER -

②

OUT ON 7/22/13, but as I ALWAYS KEEP COPIES OF MY CORRESPON
DENCES TO YOU AND HAVE TO RELY ON LIBRARY STAFF HERE SEVERAL
MEDICAL ISSUES AND STAFF CONDUCT RESURFACED AND THE FOLLOWING
DOCUMENTS REFLECT THEM: GRIEVANCE 7/23/13. I ALSO AM ENCLOSING
NOTE/POST-IT FROM COUNSELOR DUVALL, 7/23/13; AND LETTER TO GRIEVANCE
OFFICE @ STATE VILLE, 7/23/13.
YOUR PROMPT AND MOST CURTEOUS RESPONSE IS HOPED FOR.
SINCERELY,
Jack Newsome
JACK NEWSOME, # A 60142
STATEVILLE CORRECTIONAL CENTER
P.O. BOX 112
JOLIET, ILLINOIS  60434

CC: IN FILE

# STATEVILLE CORRECTIONAL CENTER



FROM THE DESK OF......

*A. Hall*

****************************

CORRECTIONAL COUNSELOR

****************************

DATE: 6/21/2013

TO: New Some

REG. NO.: A60142

CELL LOCATION: F-124.

I talk to property and I was told that they are looking into sending you a copy of your inventory sheet. I am going to talk to SGT. Durant about your multiple legal boxes.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 7/7/13 | Offender: (Please Print) JACK NEWSOME | ID#: A 60142 |
|---|---|---|

| Present Facility: STATEVILLE | Facility where grievance issue occurred: STATEVILLE |
|---|---|

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report: _____ / _____ / _____
      Date of Report
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☒ Other (specify): EXCESS LEGAL BOXES

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** ON THE ABOVE DATE THIS PRISONER WAS ALLOWED TO ACCESS ONLY THREE (3) OF HIS EIGHTEEN (18) EXCESS LEGAL BOXES. THIS PRISONER IS CHALLENGING THIS PROCEDURE because IN SPITE HIS HAVING COMPLAINED TO E-HOUSE STAFF THAT ON OR DURING THE MONTH OF FEBRUARY 2013 HE WAS TRANSFERRED FROM PONTIAC CORRECTIONAL CENTER THE RESULT OF AN EMERGENCY MEDICAL IN THAT SAME MONTH AND HE WAS NOT ALLOWED TO PACK HIS PERSONAL PROPERTY NOR HIS TWENTY-FOUR (24) EXCESS LEGAL BOXES THAT HAS NOW RESULTED IN PONTIAC STAFF HAVING PACKED EXCESS LEGAL FILES IN HAPHAZARD ORDER IN EIGHT-

**Relief Requested:** CONTAINED IN BODY OF GRIEVANCE

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*Jack Newsome* A 60142 7 / 7 / 13
Offender's Signature                    ID#           Date

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

| Date Received: _____ / _____ / _____ | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

_____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response _____ / _____ / _____ |
|---|---|---|

---

### EMERGENCY REVIEW

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

Chief Administrative Officer's Signature                    Date _____ / _____ / _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE** (Continued)

TEIN UNSEALABLE CARDBOARD BOXES. THE PROBLEM IS THAT AS A RESULT THIS PRISONER DOES NOT KNOW WHAT DOCUMENTS ARE IN THESE BOXES AND THEY NEED TO BE REORGANIZED. I HAVE HAD THREE OCCASSIONS SINCE I CAME TO F-HOUSE ON 5/8/13 TO RE-ORGANIZE THEM BUT IT HAS NOT BEEN SUFFICIENT. IT IS MY REQUEST THAT I AM ALLOWED TO ACCESS ALL OF MY BOXES IN MY CELL UNTIL I HAVE REORGANIZED MY FILES. THIS SHOULD NOT BE A PROBLEM SINCE I AM IN SINGLE CELL STATUS. I COULD DO SIX (6) AT A TIME UNTIL I AM FINISHED. OTHERWISE IT MAY TAKE ME SEVERAL MONTHS WITH LEGAL REVIEW EVERY OTHER SUNDAY. MORE IMPORTANT THE RULE OR AD AUTHORIZES A PRISONER TO REVIEW HIS EXCESS LEGAL FILES EVERY SEVEN (7) DAYS AND THAT HIS EXCESS LEGAL FILES ARE TO BE PLACED IN A SEALED BOX AT THE END OF EACH REVIEW. NONE OF THIS POLICY IS BEING AD-HERED TO IN F-HOUSE SEGREGATION AND SHOULD BE STOPPED. IT SHOULD BE NOTED THAT A GRIEVANCE FROM 3/19/13 IS PEN-DING IN GRIEVANCE ON THIS SAME ISSUE.

## OFFENDER'S GRIEVANCE

| Date: 3/19/13 | Offender: (Please Print) NEWSOME | ID#: A60142 |
| Present Facility: STATEVILLE | Facility where grievance issue occurred: STATEVILLE |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report       Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON 3/17/13 I WAS GIVEN A BRIEF LEGAL REVIEW OF MY EXCESS LEGAL FILES THAT ARRIVED HERE FROM PONTIAC ON OR ABOUT 3/6/13 AND I DISCOVERED THAT ALL OF MY LAWBOOKS, DICTIONARY ETC. WERE NOT AMONGST THESE NOR THE CURRENT FILES OF TWO (2) CASES I HAVE PENDING ON A MANDAMUS I HAVE PENDING IN LIVINGSTON COUNTY AND THE ILLINOIS COURT OF CLAIMS. MOREOVER, I WAS TOLD BY A LT. BELL HERE IN F-HOUSE THAT THESE WERE NOT ALL OF MY EXCESS LEGAL BOXES. I WAS TAKEN FROM PONTIAC SEGREGATION ON 2/11/13 ON AN EMERGENCY MEDICAL WRIT TO UIC FOR THE PURPOSE OF DIALYSIS-TREATMENT. AS A DIRECT RESULT OF THIS WRIT I REMAIN

Relief Requested: _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

*Jack Newsome*      A-60142      3/26/13
Offender's Signature      ID#      Date

(Continue on reverse side if necessary)

| Date Received: 3,30,13 | **Counselor's Response (if applicable)** |

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: All personal property and unit [ ] staff was given all of his legal property for review. Per Pontiac CC there are currently no property legal or otherwise at their facility belonging to inmate. 6,7,13

Print Counselor's Name HANNULA      Counselor's Signature      Date of Response

## EMERGENCY REVIEW

Date Received: _____ / _____ / _____

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature      Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

NIED IN UIC FOR THE NEXT FIVE (5) DAYS AND WAS SUBSECUENTLY TRANSFERRED HERE TO STATEVILLE. I WAS NOT ALLOWED TO PACK MY PERSONAL PROPERTY NOR MY EXCESS LEGAL FILES PRIOR TO BEING TAKEN ON THIS EMERGENCY MEDICAL WRIT AND AS A RESULT ALL OF MY EXCESS LEGAL FILES FROM WHAT I OBSERVED IN MY PRELEGAL REVIEW OF 3/19/13 WERE HAPHAZARDLY PACKED AND TRANSPORTED TO CARDBOARD BOXES, WHEREBY THEY HAD BEEN NEATLY ORGANIZED IN TWENTY-FOUR (24) EXCESS LEGAL CORRESPONDENCE BOXES IN THE EAST CELLHOUSE OF PONTIAC, PRIOR TO TRANSFER, ADDITIONALY MY PERSONAL PROPERTY WAS NOT PACKED AND INVENTORIED IN ACCORDANCE WITH DEPARTMENT RULE 535.100 AND I HAVE NO IDEA AS TO WHAT WAS SENT FROM PONTIAC, I WAS IN PONTIAC SEGREGATION FOR MORE THAN THIRTEEN (13) YEARS AND I DON'T EVEN REMEMBER ALL OF THE PROPERTY I HAD WHEN I WAS SENT FROM GALESBURG TO PONTIAC IN DECEMBER OF 1999. I ASK I BE ALLOWED TO INVENTORY AND ORGANIZE MY EXCESS LEGAL FILES AND A COPY OF MY INVENTORY SHEET OF MY PERSONAL PROPERTY THAT WAS SHIPPED HERE FROM PONTIAC, I HAVE ALSO ATTACHED A COPY OF LETTER DATED 3/9/13 THAT I SENT TO PERSONAL PROPERTY CONCERNING THIS ISSUE.

NEWSOME #A 60142
JILLE CORRECTIONAL CENTER
BOX 112
, IL  60434

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT
100 N.E. MONROE, ROOM 309
PEORIA, ILLINOIS  61602

STATEVILLE CORRECTIONAL CENTER
P.O. BOX 112
JOLIET, ILL 60434

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT
100 N.E. MONROE, ROOM 309
PEORIA, ILLINOIS    61602