Judgment in a Civil Case (02/11)

## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Jack Newsome | ) |
| vs. | ) Case Number: 13-1455 |
| Salvador Godinez, Director, Marvin Reed A/W Programs, Arthur Funk, MD. Dennis Larson, MD., Andrew Tilden, MD., Liping Zhang, MD., . Vade, MD., Jackie Cotton, Nurse Practitioner, Scott Baker, Nurse Practitioner, Terry Arroyo, Health Care Administrator, Steven Taller, MD John G. Birkel, CMT, Dick Cation, CMT, Chrissy Echleman, CMT, Douglas Brown, CMT, Unknown Others sued as Nurse Tracy Christine Beasley, CMT, . Ojelade, MD Susan Prentice, Lt., D. Hall, Officer, R. Ramsey, Officer, Rhonda Legner, Officer Robert Lindsay, Officer, Keith Robinson Officer, C/O Mayback, St. Joseph Hospital Wexford Health Sources, | ) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is dismissed for failure to state a claim pursuant to federal rule of Civil Procedure 12(b)(5) and 28 U.S.C. § 1915A.

**Dated:** 10/28/2013

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court